IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHARON J. SHAW,                      :

    Plaintiff,                  :
vs.                                              CA 05-0059-CB-C
                                             :
JO ANNE B. BARNHART,
Commissioner of Social Security,  :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 14, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 23rd day of  May  , 2006.

                                                  *s/Charles R. Butler, Jr.*
                                                **Senior United States District Judge**